UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL DEMARTINO,<br>    Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | NO. 3:01CV01544 (AWT) |
| PATRICK MARINO,<br>FRANK MURPHY,<br>JOHN MINARDI,<br>    Defendants . | : <br> : <br> : <br> : | April 18, 2005 |

PLAINTIFF'S LOCAL RULE 41(a) STATEMENT

The Plaintiff in the above-captioned action received a Local Rule 41(a) Notice by way of ECF Summary on April 8, 2005. The Notice requires Counsel to state reasons why the case ought not to be dismissed because there has apparently been no activity on it within the past six (6) months. The Plaintiff is ready and prepared for trial. He requests that the Court be docketed for trial as soon as possible and not dismissed as that would deprive him of the opportunity to try this case on its merits. From the Plaintiff's perspective there has been no activity in this case because the case has, in fact, been ready for trial for quite some time.

                                                                                                             THE PLAINTIFF

                                                                                                             BY_____
                                                                                                             NORMAN A. PATTIS
                                                                                                             Federal Bar No. ct13120
                                                                                                             Law Offices of Norman A. Pattis, LLC
                                                                                                             649 Amity Road, P.O. Box 280
                                                                                                             Bethany, CT 06524
                                                                                                             Tel: 203-393-3017
                                                                                                             Fax: 203-393-9745
                                                                                                             His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this _____ day of April, 2005 to:

Michael A. Wolak, III
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

_____
NORMAN A. PATTIS