UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MICHAEL DEMARTINO**

**VS.**   **CASE NO.: 3:01CV1544 (AWT)**

**PATRICK MARINO,**
**FRANK MURPHY AND**
**JOHN MINARDI**   **APRIL 25, 2005**

### DEFENDANTS' LOCAL RULE 41(A) STATEMENT

In response to the order of this Court, dated April 7, 2005, defendants provide the following explanation as to why there has been no activity in this matter during the past six (6) months. It was the belief of undersigned counsel that the plaintiff was incarcerated outside of the State of Connecticut and that his release date from this incarceration would be sometime in October of 2006. Undersigned counsel agrees with plaintiff's counsel that this matter should not be dismissed. However, if the plaintiff is back in the State of Connecticut Corrections System, or if he is no longer incarcerated, undersigned counsel would like the opportunity to depose him. Other than taking the deposition of the plaintiff, undersigned counsel believes that his matter is ready for trial.

Undersigned counsel would respectively request that a Status Conference be scheduled for the purposes of ascertaining the status of the plaintiff, to extend the discovery period for the limited purpose of taking plaintiff's deposition, and to set a new date for the filing of the Joint Trial Memorandum.

        THE DEFENDANTS, PATRICK MARINO, FRANK MURPHY AND JOHN MANARDI

BY:_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510
Tel:  (203) 946-7970
Fax:  (203) 946-7942
Mwolak@newhavenct.net
Fed. Bar #c12681
Their Attorney

## CERTIFICATION

      This is to certify that a copy of the foregoing was both faxed and mailed, postage prepaid, on the 25th day of April, 2005, to the following counsel of record:

Norman A. Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT  06524

    _____
    Michael A. Wolak, III