UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MICHAEL DeMARTINO**

**VS.**  **CASE NO.: 3:01CV1544 (AWT)**

**PATRICK MARINO,**
**FRANK MURPHY AND**
**JOHN MINARDI**  **AUGUST 29, 2005**

### DEFENDANTS' MOTION IN LIMINE RE: OTHER MISCONDUCT

The defendants, hereby move the court, *in limine*, to bar any evidence of, and prohibit any reference to, alleged "other misconduct" by the defendants or any defense witness. The defendants believe that the plaintiff may attempt to elicit testimony at trial regarding alleged "other misconduct" by police officers.

Allegations of "other misconduct" are generally not admissible under Rule 404. Moreover, even if an objection to such evidence were sustained, any reference to such allegations before the jury would be highly prejudicial to the defendants. The defendants submit that, at a minimum, the plaintiff should be required to seek the Court's permission out to the hearing of the jury prior to making any reference to alleged "other misconduct."

A memorandum of law in support of this motion is filed herewith.

**ORAL ARGUMENT IS REQUESTED**

          THE DEFENDANTS, PATRICK MARINO, FRANK MURPHY AND JOHN MANARDI


BY: /s/_____
    Michael A. Wolak, III
    Assistant Corporation Counsel
    City of New Haven
    165 Church Street
    New Haven, CT  06510
    Tel:  (203) 946-7970
    Fax:  (203) 946-7942
    Mwolak@newhavenct.net
    Fed. Bar #ct12681
    Their Attorney


## CERTIFICATION

    This is to certify that a copy of the foregoing was either hand delivered or mailed, postage prepaid, on August 29, 2005, to the following counsel of record:

Norman A. Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT  06524


                                              /s/_____
                                              Michael A. Wolak, III