

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 APR 16 P 12: 26

DISTRICT COURT
HARTFORD, CT.

MICHAEL DeMARTINO

VS.



CASE NO.: 3:01CV1544 (AWT)

PATRICK MARINO,
FRANK MURPHY AND
JOHN MINARDI

AUGUST 29, 2005

### DEFENDANTS' MOTION IN LIMINE RE: OTHER MISCONDUCT

The defendants, hereby move the court, *in limine*, to bar any evidence of, and prohibit any reference to, alleged "other misconduct" by the defendants or any defense witness. The defendants believe that the plaintiff may attempt to elicit testimony at trial regarding alleged "other misconduct" by police officers.

Allegations of "other misconduct" are generally not admissible under Rule 404. Moreover, even if an objection to such evidence were sustained, any reference to such allegations before the jury would be highly prejudicial to the defendants. The defendants submit that, at a minimum, the plaintiff should be required to seek the Court's permission out to the hearing of the jury prior to making any reference to alleged "other misconduct."

A memorandum of law in support of this motion is filed herewith.

**ORAL ARGUMENT IS REQUESTED**

GRANTED, absent objection.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  04/04/06