UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL DeMARTINO | : | |
| v. | : | CASE NO. 3:01CV1544 (AWT) |
| PATRICK MARINO, ET AL. | : | |

ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to __Senior Judge Ellen Bree Burns__. All further pleadings or documents in this matter should be filed with the Clerk's Office in __New Haven__, and shall bear the docket number 3:01CV1544 (EBB). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 1st day of June, 2006.

/s/
Alvin W. Thompson
United States District Judge