## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL DEMARTINO, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:01CV01544 (EBB) |
| | : | |
| PATRICK MARINO, | : | |
| FRANK MURPHY, | : | |
| JOHN MINARDI, | : | |
| Defendants . | : | JUNE 21, 2006 |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for: Michael DeMartino, Plaintiff.**

| | |
|---|---|
| June 21, 2006 | |
| Date | Signature |
| | |
| ct25759 | Kim Coleman Waisonovitz |
| Connecticut Bar Number | Print Clearly or Type Name |
| | |
| 203-393-9745 | 649 Amity Road, P.O. Box 280 |
| Fax Number | Address |
| | |
| kwaisonovitz@sbcglobal.net | Bethany, CT 06524-0280 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was hand delivered on June 21, 2006  to the following:

Michael A. Wolak, III
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

_____
KIM COLEMAN WAISONOVITZ