UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL DEMARTINO** | : | **CIVIL NO. 3:01-CV-01544 (EBB)** |
| **V.** | : | |
| **PATRICK MARINO, ET AL** | : | **NOVEMBER 9, 2006** |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The plaintiff, MICHAEL DEMARTINO, through the undersigned attorney, respectfully requests that a writ of habeas corpus ad testificandum be ordered so that he MICHAEL DEMARTINO, Inmate No. 245462, the plaintiff attend his scheduled trial. The plaintiff makes this request pursuant to 28 U. S. C. §2241(c)(5).

**In support of this petition, the plaintiff states the following facts:**

1. The said plaintiff is presently a sentenced inmate in the custody of the Connecticut Commissioner of Correction, housed at New Haven Correctional Center, 245 Whalley Avenue, New Haven, CT 06530.

2. The presence of the plaintiff is needed on **Tuesday, November 14, 2006, Wednesday, November 15, 2006, Thursday, November 16, 2006, and Friday, November 17, 2006, at United States District Court, District of Connecticut, Courtroom number Three, 141 Church Street, New Haven, Connecticut.**

**WHEREFORE,** for the foregoing reasons, the plaintiff respectfully requests that a writ of habeas corpus ad testificandum issue to produce the said plaintiff before this court.

THE PLAINTIFF

BY: __/s/ Kim Coleman__/s/_____
KIM COLEMAN WAISONOVITZ
Federal Bar No. ct25759
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524-0280