**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO:**

Warden Robert B. Correa, New Haven Correctional Center, 245 Whalley Avenue, New Haven, CT 06530, OR HIS AUTHORIZED REPRESENTATIVE, GREETINGS:

You are hereby commanded to bring the body of said prisoner, MICHAEL DEMARTINO, under safe and secure conduct, before the United States District Court, Courtroom number Three, 141 Church Street, New Haven, Connecitucut, to be held at said city on **Tuesday, November 14, 2006, Wednesday, November 15, 2006, Thursday, November 16, 2006, and Friday, November 17, 2006** and from time to time thereafter as the case may be adjourned to, at which time to testify and be present at the case of MICHAEL DEMARTINO v. PATRICK MARINO, ET AL, and immediately after, to return him under safe and secure conduct. And have you then and there this writ.

                                         BY THE COURT

                                         _____,J.