AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DeMartino v. Marino, et al.

DISTRICT OF CT

2006 NOV 16 P 5:07

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV1544(EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | K Coleman | M Wolak |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/15/06 - | Falzarano | M. Rucco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/15/06 | | | Michael DeMartino - New Haven, CT |
| 1 | | 11/15/06 | ✓ | ✓ | Photograph of fence w/ shrubbery |
| 2 | | " | ✓ | ✓ | Police photograph |
| 3 | | " | ✓ | ✓ | Photograph of garage |
| 4 | | " | ✓ | ✓ | Map - streets of New Haven |
| ✓ | ✓ | 11/15/06, 11/16/06 | | | Frank Murphy - New Haven, CT |
| ✓ | ✓ | 11/15/06 | | | John Minardi - New Haven, CT |
| 1 | | 11/15/06 | ✓ | ✓ | Medical Records of Michael DeMartino |
| 2 | | 11/15/06 | ✓ | ✓ | Medical Bill |
| | ✓ | 11/15/06 | | | Pasquale Marino - New Haven, CT |
| | A | 11/15/06 | ✓ | ✓ | Copy of poster |
| | B | 11/16/06 | ✓ | ✓ | certified copy of Police Evidence Log |
| | C | 11/16/06 | ✓ | ✓ | Inventory of Seized Property |