UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
MICHAEL DeMARTINO,                  :    NO. 3:01CV1544 (EBB)
                                    :
         Plaintiff,                 :
v.                                  :
                                    :
PATRICK MARINO,                     :
FRANK MURPHY, AND                   :
JOHN MINARDI                        :
                                    :
         Defendants.                :
------------------------------------X

### VERDICT FORM

1.  Do you find that the Plaintiff has proven by a preponderance of the evidence that he was subjected to excessive force by any of the following Defendants?

    | | | | | |
    |---|---|---|---|---|
    | Pasquale Marino | _____ | Yes | __X__ | No |
    | Frank Murphy | _____ | Yes | __X__ | No |
    | John Minardi | _____ | Yes | __X__ | No |

    If you have answered "Yes" to any Defendant, please proceed to Question 2. If you have answered "No" to Question 1 as to each Defendant, your deliberations are at an end. The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to the Court.

2.  Do you find that the Plaintiff has proven by a preponderance of the evidence that any of the following Defendants failed

to intervene?

    Pasquale Marino    _____ Yes    _____ No

    Frank Murphy    _____ Yes    _____ No

    John Minardi    _____ Yes    _____ No

3. If you answered yes to Question 1 or Question 2 or both, what amount of compensatory damages, if any, do you award the Plaintiff for the violation of his constitutional rights?

    $_____

4. If you awarded compensatory damages under Question 3, do you find that the Plaintiff should be awarded punitive damages in order to punish any of the Defendants or to deter them or others from such future conduct?

    Pasquale Marino    _____ Yes    _____ No

    Frank Murphy    _____ Yes    _____ No

    John Minardi    _____ Yes    _____ No

5. If you have answered "Yes" to any portion of Question 4, what amount of money do you award as punitive damages to the Plaintiff as to each Defendant?

    Pasquale Marino    $_____

    Frank Murphy    $_____

    John Minardi    $_____

Signed by: _____    Date: __11/16/06__
                Jury Foreperson