UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL DEMARTINO

    v.                                Civil No.  3:01CV1544(EBB)

PATRICK MARINO, FRANK MURPHY,
AND JOHN MINARDI

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge.  On November 16, 2006, the jury returned a verdict for the defendants.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut this 17th day of November, 2006.

                                                      KEVIN F. ROWE, Clerk
                                                      By

                                                      Melissa Ruocco
                                                      Deputy Clerk

EOD : _____